FILED
IN COURT OF APPEALS
ELEVENTH DISTRICT

APR 2 1 2014

SHERRY WILLIAMSON, CLERK
By_____Deputy



# IN THE COURT OF CRIMINAL APPEALS
## OF TEXAS

### NO. PD-1691-13

*11-11-314-CR*

## SONNY DELACRUZ, Appellant

v.

## THE STATE OF TEXAS

## ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW
## FROM THE ELEVENTH COURT OF APPEALS
## TAYLOR COUNTY

PER CURIAM. Keasler and Hervey, JJ., dissent.

### ORDER

The petition for discretionary review violates Texas Rule of Appellate Procedure 9.4(i)(3) because it does not contain a certificate of compliance. See also Texas Rule of Appellate Procedure 9.4(i)(2)(D).

The petition is struck. See Texas Rule of Appellate Procedure 68.6.

The petitioner may redraw the petition. The redrawn petition must be filed in the Court of Criminal Appeals within thirty days after the date of this order.

Filed: April 16, 2014
Do not publish